# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

CARLOS MARIO CANTU-COX                              PETITIONER
REG #29070-179

v.                          No. 2:25-cv-156-DPM

HUMPHREY, Warden                                    RESPONDENT

## ORDER

Unopposed recommendation, *Doc. 15*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Cantu-Cox's § 2241 petition will be dismissed without prejudice for lack of jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 May 2026_