# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CARLOS MARIO CANTU-COX**                                    **PETITIONER**
**REG #29070-179**

v.                                    **No. 2:25-cv-156-DPM**

**HUMPHREY, Warden**                                    **RESPONDENT**

## JUDGMENT

Cantu-Cox's § 2241 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____13 May 2026_____